Alexanders Hardware and Loksmith
Alexander Katsnelson
1606 avenue m
Brooklyn , NY 11230
(718) 375-2121

In the District Court of New York in the county of Brooklyn

| | |
|---|---|
| Jose Reynoso | ) Case No.: 21-cv-06389 |
| | ) ANSWER, AFFIRMATIVE DEFENSES |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Alexanders Hardware and Loksmith | ) |
| | ) |
| Defendant(s) | ) |

**I. ANSWER**

Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraph numbers

2. Deny the statements contained in paragraph numbers

3. Lack knowledge about the truth and therefore deny the statements contained in paragraphs numbers 1,

[Affirmative Defense] - 1

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:

Alexanders Hardware Gross income is less then 50,000.00 Anualy to be toiled Bi Federal curt Please dismise

Dated this December 6, 2021

_____

Alexanders Hardware and Loksmith

Alexander Katsnelson
1606 avenue m
Brooklyn , NY 11230
(718) 375-2121

Submited
Dec 7

[Affirmative Defense] - 2