UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Jose Reynoso, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                               *Plaintiff*,

               -*against*-

Alexander Katsnelson, 1606 Avenue M LLC, and Alexander's Hardware & Locksmith Corporation,

                                               *Defendants*.
-----------------------------------------------------------------------X

Index No.: 21-cv-06389

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Alexander Katsnelson, 1606 Avenue M LLC, and Alexander's Hardware & Locksmith Corporation (collectively, the "Defendants"), having offered to allow Plaintiff Jose Reynoso ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Six Thousand Five Dollars and zero cents ($6,500.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                         LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                         By: _____
                                             Jason Mizrahi
                                             60 East 42nd Street, Suite 4700
                                             New York, NY 10165
                                             Tel. No.: (212) 792-0048
                                             Email: Jason@levinepstein.com
                                             *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.