**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Jose Reynoso, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

     -against-

Alexander Katsnelson, 1606 Avenue M LLC, and
Alexander's Hardware & Locksmith Corporation,

                              *Defendants*.
-------------------------------------------------------------------X

Index No.: 21-cv-06389

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Alexander Katsnelson, 1606 Avenue M LLC, and Alexander's Hardware & Locksmith Corporation (collectively, the "Defendants"), having offered to allow Plaintiff Jose Reynoso ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Six Thousand Five Dollars and zero cents ($6,500.00), payable as follows:

1. A payment in the amount of Six Thousand Five Dollars and zero cents ($6,500.00) payable within three (3) days following the Court's Entry and Order of the Offer of Judgment,

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action,

      WHEREAS, in the event of Defendants' failure to make any payment when due pursuant to Paragraph 1 of the Offer of Judgment, the breach shall result in accelerated payment of the entire Judgment amount of Six Thousand Five Dollars and zero cents ($6,500.00), together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein

WHEREAS, Plaintiff's counsel having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of Six Thousand Five Dollars and zero cents ($6,500.00) as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____, 2022
       New York, New York

SO ORDERED:

_____
Hon. Judge
William F. Kuntz, II